

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------

Sukhjinder Sandher,
                    Petitioner,

                                              ORDER

  -vs-
                                              CV-03-2945(FB)(LB)
New York State, Superintendent,
                    Respondent.

------------------------------------

        On October 11, 2005, the petitioner filed a second amended
petition after exhausting all of his claims in State Court. The
second amended petition raises claims pursuant to both Title 28,
U.S.C. section 2254 and Title 28, U.S.C. Section 2241. Accordingly
it is

        HEREBY ORDERED that the Queens District Attorney
shall respond to petitioner's claims with respect to his State
Court conviction. They shall serve and file their opposition by
November 18, 2005. If the transcript of the trial or guilty plea
are available, respondents shall submit such transcript and record
to this Court at the time of filing such return and  if copies of
petitioner's and the District Attorney's briefs on appeal or in
connection with proceedings pursuant to C.P.L. 440 are available,
respondents shall submit such records to this Court at the time of
filing such return.

        IT IS FURTHER ORDERED that the United States Attorney shall
respond to the claims with respect to the petitioner's deportation.
They shall serve and file their opposition by November 18, 2005.

        The clerk is directed to mail copies of this notice
to all parties.


DATED: Brooklyn, New York
       October 17, 2005

                                _____
                                     U.S.D.J.

cc.: Labe Richman, Esq.
     ADA Merri Turk Lasky
     AUSA Scott Dunn